Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Case No. **6:22-cv-582-CEM-EJK**
(to be filled in by the Clerk's Office)

**Jodi Landrio & L.L.**
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**DCF, Division 7 civil Family District 9**
*Defendant(s)* **Juvenille Justice**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)
**System Domestic Dependency**
**One Hope United,**
**Court Appointed Attorney's Frank J. Russell**
**Attorney Eduardo Mujias, Robert E. Lee Esq**

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED 2022 MAR 22 AM

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jodi Landrio
Address: 9831 E Colonial Dr
City: Orlando  State: FL  Zip Code: 32817
County: Orange
Telephone Number: (407) 515-0733
E-Mail Address: jahseyland@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Department of Children and Families
Job or Title (if known): Protection of children & families
Address: Robinson St
City: Orlando  State: FL  Zip Code: 32801
County: Orange
Telephone Number: Unknown
E-Mail Address (if known): Unknown
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Dept Children & Families Attorney's
Job or Title (if known): DCF Attorney's "involved in case"
Address: Robinson St
City: Orlando  State: FL  Zip Code: 32801
County: Orange
Telephone Number: Unknown
E-Mail Address (if known): Unknown
[✓] Individual capacity  [✓] Official capacity

Page 2 of 6

**Defendant No. 3**
Name: One Hope United Adoption Agency
Job or Title (if known):
Address: Westgate
City: Orlando    State: FL    Zip Code:
County: Orange
Telephone Number: Unknown
E-Mail Address (if known): Unknown
[✓] Individual capacity    [✓] Official capacity

**Defendant No. 4**
Name: C.A.A. Frank J. Russell & Robert E Lee Esq
Job or Title (if known): Court Appointed Attorney's
Address: Orange Ave
City: Orlando    State: FL    Zip Code: 32808
County: Orange
Telephone Number: Unknown
E-Mail Address (if known): Unknown
[✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction   Everyone involved in the case

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The rights to our lives. The right to see my child and for my child to physically see me. We have been separated since Nov. 2020. I've not seen her since May of 2021.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I AM NOT GUILTY OF THE ACCUSATIONS MADE AGAINST ME.

[Margin note, top:] The civil justice system is taking parents rights away without giving them due process or telling them they have the right to appeal their decision in civil court on a criminal matter.

[Margin note, left side:] Basically, No due process, Falsely accused, Forced to place my child in the dupments system care. Forced to comply with In short 7 Demands and told if I didn't comply I would lose my parental rights to my child.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Within the Family court system, Civil Circut. In Orlando, FL Orange County

B. What date and approximate time did the events giving rise to your claim(s) occur?

First event January 25th 2019, November 23rd 2020, May 2021.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I asked DCF for help. They claimed my mental health was unmanaged based on no factual evidence. Forced me to put her in foster care and comply with demands in a case plan, and wouldn't reunite us until The case plan was completed. I went to trial, the judge reunified us which took 7 months. Judge Patricia Doherty made Liliyah a ward of the State until I complied with other Demands. I did everything they requested → OVER

my case should have been closed. ~~DCF~~
I was late to court due to financial Freeze put on my bank account, I called my case worker at the time Kelly Depeter, told her I was running late and I spoke to Magistrate Darnell's Assistante and told her my situation. My paid Attorney Edwardo J. Mejias did not show up and they proceeded without me or my lawyer present.
The magistrate recomended I change the amount of Day care from part time to full time knowing I had transportation barriers.
Then COVID happened and my paid Attorney Still hadn't communicated at all.
The Judge ordered him withdrawn from the case and appointed, Frank J. Russell.
Mr. Russell said he would have the case closed because I had fulfilled all the requirements.
My phone malfunctioned at the start of a Judicial review and My Attorney (Mr Russell) agried to a whole new case plan without consulting with me and with no reason or evidence of why the new case plan was necessecary.
I was trying to comply and my case work Fiona Lionhart called the DCF Hotline and stated I wasn't compling with my case plan. DCF CPI entered a TECO order because I refused to let her in my home during a pandemic. The Police came and took my child after the judge signed the order.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My child is traumatized and has serious signs of abandonment fear. She's been told to call me Jode' rather then mommy and has told me she doesn't love me. Then tells me she just pretending like her teacher taught her to do. I have been extremely depressed and traumatized over this whole situation. And I already have PTSD, BPD, and ADD and PMDD.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want justice. They should not be allowed to accuse someone of a crime and take life away from them without clear evidence of the crime of which accused. And hold trials in a civil court setting. Attempting to take parents rights away and sell their child (life). ~~[crossed out]~~ Nothing civil about what's happening in America's Civil Family court system. 10,000.00 Dollars for everyday she has been out of my care. 20,000.00 For everyday that I have not seen her, since May 2021. Therapy for Mental health Recovery of Both of us TOGETHER. Of my choosing. Ratification of the CRC.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/16/2022

Signature of Plaintiff: Andw Sandrio (Minor) My Child Mine

Printed Name of Plaintiff: Todd Landrio E L.L.

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address